UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61961-BLOOM/Valle

LUIS SIERRA,

    Plaintiff,

v.

FOOD COURT BY BRAZILIAN DEPOT, INC.
d/b/a Pizza Express, and

DE OLIVERIRA HOLDINGS, LLC,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon a Notice of Settlement, ECF No. [14], reporting the case as having settled.  The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**.  The Clerk shall **CLOSE** this case for administrative purposes only;

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before **October 14, 2016**;

3. Any pending motions are **DENIED AS MOOT**.  Any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida this 14th day of September, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record